WTM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| EMORY WHITE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV415-181 |
| ) | CR414-332 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This Court **VACATES** its Report and Recommendation (doc. 28) advising dismissal on abandonment grounds -- that plaintiff had failed to keep the Court current on his address -- because 28 U.S.C. § 2255 movant Emory White has credibly shown mail delivery problems. Docs. 30 & 31. To that end, the Court **GRANTS** his motions to amend and for reconsideration, docs. 30 & 31, **GRANTS** his motion to expand the record, doc. 21, and **DIRECTS** the Government to file its response within 30 days of the date this Order is served.

**SO ORDERED,** this 5th day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA