# United States District Court
## Southern District of Georgia

Emory White

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:15-cv-181-WTM-GRS
4:14-cr-332-WTM-GRS

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/27/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion. This case stands closed.



2/28/17  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*